# Court of Appeals
# of the State of Georgia

ATLANTA,  September 28, 2018

*The Court of Appeals hereby passes the following order:*

### A19D0093.   DEREK LEROY MCSMITH v. DEPARTMENT OF HUMAN RESOURCES, DIVISION OF FAMILY & CHILDREN SERVICES.

Derek Leroy McSmith seeks appellate review of the administrative law judge's decision affirming the Department of Human Services's[1] calculation of his food stamp benefits. McSmith did not appeal the administrative law judge's decision to the Commissioner of Human Resources or to the superior court but, instead, filed an application for discretionary review in this Court. We, however, lack jurisdiction.

Under Georgia's Administrative Procedure Act, when a claimant disputes an agency's calculation of benefits the agency may refer the dispute to the Office of State Administrative Hearings. See OCGA § 50-13-41. An administrative law judge ("ALJ") will then review the agency's decision. If a party disagrees with the ALJ's decision, he may seek review before the head of the agency. See OCGA § 50-13-17. Next, a party who is aggrieved by the final agency decision may seek judicial review in the superior court. OCGA § 50-13-41 (c); OCGA § 50-13-19 (b). Finally, a party who is aggrieved by the superior court's decision may seek discretionary review in the Court of Appeals. OCGA § 50-13-20; OCGA § 5-6-35 (a) (1). If a party does not exhaust his administrative remedies, his attempt to obtain judicial review is subject to dismissal. See *Alexander v. Dep't of Revenue*, 316 Ga. App. 543, 544-545 (728 SE2d 320) (2012); *Ga. Soc'y of Ambulatory Surgery Ctrs. v. Ga. Dep't of Cmty. Health*, 316 Ga. App. 433, 435 (729 SE2d 565) (2012).

---

[1] The Department of Human Services was formerly known as the Department of Human Resources.

In this case, McSmith did not seek review of the ALJ's decision before the Commissioner of the Department of Human Services. He also did not seek review of the agency's decision in the superior court. Because McSmith failed to exhaust his administrative remedies, his application for discretionary review is hereby DISMISSED. See *Alexander*, 316 Ga. App. at 545; *Ga. Soc'y of Ambulatory Surgery Ctrs.*, 316 Ga. App. at 435.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* <u>  09/28/2018          </u>
        *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.



_____, *Clerk.*